No. 71–1019.   Textile Workers Union of America, AFL–CIO v. Moore of Bedford, Inc., et al.   C. A. 4th Cir.   Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.   ▮▮▮

No. 71–5367.   Amphy v. Louisiana.   Sup. Ct. La. Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.   ▮▮▮

No. 71–5657.   Williams v. Director, Patuxent Institution.   Ct. Sp. App. Md.   Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–5714.   Scherer v. Hocker, Warden, et al. C. A. 9th Cir.   Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.   ▮▮

No. 71–6011.   Breedlove et al. v. Texas.   Ct. Crim. App. Tex.   Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.   ▮▮

No. 71–6023.   Camara v. United States.   C. A. 1st Cir.   Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.   ▮▮▮

No. 71–6029.   Silverstein v. United States.   C. A. 4th Cir.   Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–979.   City of Chicago et al. v. Federal Power Commission.   C. A. D. C. Cir.   Certiorari denied.   Mr. Justice Powell took no part in the consideration or decision of this petition.   ▮▮▮